**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | |
|---|---|
| Matthew Munro and Ryan Welle,<br>Plaintiffs,<br><br>v.<br><br>World Data Products, Inc., a Delaware corporation,<br>Defendant. | **Court File No. 02-283ADM/SRN**<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that all claims in the above-entitled action shall be dismissed with prejudice, all parties to bear their own costs, disbursements, and fees, and that the Court may enter the following Order.

Dated: 1/7, 2003

C. ALDEN PEARSON, P.A.

C. Alden Pearson, #278543

3300 County Road 10
Suite 314
Brooklyn Center, MN 55429
Telephone: (763) 585-9000

Attorneys for plaintiffs

FILED 1-9-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

FAEGRE & BENSON LLP

Dated: Jan 7, 2003

Ronald J. Lee, #200505

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000

Attorneys for defendant

**ORDER**

Based on the foregoing Stipulation, IT IS HEREBY ORDERED that all claims in the above-entitled action be and hereby are dismissed with prejudice without costs, disbursements or attorneys' fees to any party. Let judgment be entered accordingly.

Dated: January 8, 2003

BY THE COURT

The Honorable Ann D. Montgomery
Judge U.S. District Court